UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERLINDA ABIBAS ANIEL, an individual; FERMIN SOLIS ANIEL, an individual; MARC JASON ANIEL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE, LLC; EXECUTIVE TRUSTEE SERVICES, LLC., DBA ETS SERVICES, LLC; AND DOES 1 THROUGH 50,<br><br>Defendants. | Case No: C 12-04201 SBA<br><br>**ORDER**<br><br>Docket 7. |

On August 9, 2012, Plaintiffs Erlinda Aniel, Fermin Aniel, and Marc Aniel (collectively "Plaintiffs") filed the instant action against Defendants GMAC Mortgage, LLC ("GMAC") and Executive Trustee Services, LLC ("ETS") alleging nine claims for relief in connection with a foreclosure proceeding on their residence located at 75 Tobin Clark Drive, Hillsborough, CA 94010 (the "Property"). Compl., Dkt. 1. On August 8, 2012, Plaintiffs filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause ("TRO Application"), which seeks an order enjoining the Trustee's Sale of the Property scheduled for August 27, 2012. Dkt. 7. On August 22, 2012, Plaintiffs notified the Court that the Trustee's Sale has been postponed to September 27, 2012. Dkt. 11.

In light of the postponement of the Trustee's Sale, IT IS HEREBY ORDERED THAT a hearing is scheduled on Plaintiffs' TRO Application for September 25, 2012. ETS and GMAC shall file their opposition briefs by no later than September 11, 2012.

1  Plaintiffs' reply brief is due by no later than September 18, 2012.  Plaintiffs shall serve ETS
2  and GMAC with a copy of this Order forthwith and shall immediately file a proof of
3  service evidencing that ETS and GMAC have been properly served with this Order.
4     IT IS SO ORDERED.
5  Dated: 7/23/12

                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge