UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERLINDA ABIBAS ANIEL, an individual, et al.,<br><br>             Plaintiffs,<br><br>      vs.<br><br>GMAC MORTGAGE, LLC, et al.,<br><br>             Defendants. | Case No:  C 12-4201 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Docket 21 |

IT IS HEREBY ORDERED THAT Defendants shall file a response to Plaintiffs' motion for reconsideration (Dkt. 21) by no later than October 25, 2012.  No reply brief may be filed unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: October 18, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge