Marc Jason Aniel (SBN: 282466)
LAW OFFICES OF MARC JASON ANIEL
205 De Anza Blvd. #144
San Mateo, CA 94402
Phone: 650-814-9478
Fax:     650-571-5829
Email: mj_aniel@me.com

Attorney for Plaintiffs, Fermin Solis Aniel and Erlinda Abibas Aniel
Plaintiff, Marc Jason Aniel, in Pro Per

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDA ABIBAS ANIEL, an individual; FERMIN SOLIS ANIEL, an individual; MARC JASON ANIEL, an individual <br><br> Plaintiffs, <br><br>     v. <br><br> GMAC MORTGAGE, LLC; EXECUTIVE TRUSTEE SERVICES, LLC., DBA ETS SERVICES, LLC; AND DOES 1 THROUGH 50. <br><br> Defendants | ) Case No.: C 12-04201 SBA <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference is continued to November 14, 2013, commencing at 2:45 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven  (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the

1

statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Date: 9/10/2013

_____
HON. SAUNDRA BROWN ARMSTRONG
DISTRICT JUDGE